UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

**MANDATE**

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of June, two thousand twenty-four,

Aleksandar Zunzurovski,

    Plaintiff - Appellant,

v.

Laine Fisher, Michael J. Taubenfeld, Fisher Taubenfeld, LLP,

    Defendants - Appellees,

John and Jane Does 1-10, ABC Corp., 1-10,

    Defendants.

**ORDER**
Docket No. 24-1305

A notice of appeal was filed on May 3, 2024. The Appellant's Form C due May 17, 2024, has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

IT IS HEREBY ORDERED that the appeal will be dismissed effective July 2, 2024, if Form C is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 08/13/2024**